**MEMO ENDORSED**

# DELL&DEAN, PLLC
## ATTORNEYS AT LAW

1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NEW YORK 11530
OFFICE 516.880.9700

www.D2TrialLaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2022

December 16, 2022

**VIA ECF ONLY**
Honorable Judge Nelson Roman
The Hon. Charles L. Brieant Jr. Federal
Federal Building and United States Courthouse
Courtroom 420, 300 Quarropas Street.
White Plains, New York 10601-4150

Re:   Landaeus v. Bath Authority LLC
      Docket No.: 21-cv-07049

Dear Hon. Judge Roman:

The undersigned represents Plaintiffs in the above-captioned matter. Please accept this correspondence as a joint request to adjourn the Status Conference presently scheduled for December 21, 2022 (*Document 16*) be adjourned to March 8, 2023 or a date convenient to your honor.

We are advised that Infant, plaintiff will be having surgery for the removal of scars (keloids) in January or February, 2023. Due to the surgeon's unavailability because of the holiday, a specific date for the surgery has not yet been scheduled, however will be scheduled shortly. We will need time to gather and exchange the medical records which will be needed to evaluate the case. To date, the parties have exchanged initial disclosures, responses to document requests and responses to interrogatories. Plaintiff's deposition was completed in September, 2022.

Since this request is on consent and is not being made in bad faith, the undersigned believes the extension will benefit all parties and is very likely the final request that will be necessary.

Thank you for your time and consideration in this matter.

Respectfully Submitted,
*/s/Benjamin Dell*
Benjamin D. Dell (BD-7272)

BDD/fl
cc: Counsel of Record via ECF

---

The parties' request to adjourn the telephonic Status Conf. from Dec. 21, 2022 until Mar. 16, 2023 at 12 noon is GRANTED. Counsel are directed to this Court's Order (ECF No. 16) for dial-in instructions. Clerk of Court is requested to terminate the motion at ECF No. 26.
Dated: White Plains, NY
       December 16, 2022

SO ORDERED:
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE