UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANDAEUS,<br><br>                       Plaintiff(s),<br><br>-against-<br><br>BATH AUTHORITY LLC, DREAMLINE, et al.,<br><br>                       Defendant(s). | 21 CV 7049 (NSR)<br><br>ADJOURNMENT ORDER |

NELSON S. ROMÁN, U.S.D.J.:

In light of an adjournment of the settlement conference before the Magistrate Judge, it is hereby

ORDERED that the above case is scheduled for **a telephonic Status Conference on June 7, 2023 is adjourned *sine die*.**

Counsel are directed to notify this Court in writing within five (5) days after the final settlement conference before the Magistrate Judge, to inform whether the parties have settled or need to schedule a conference.

Dated:     June 6, 2023
              White Plains, NY

SO ORDERED.

*[signature]*

Nelson S. Román
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/2023