```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LANDAEUS,

                Plaintiff,

   -against-

BATH AUTHORITY LLC, DREAMLINE and
LOWE'S HOME CENTERS, LLC

                Defendants.

7:21-cv-7049 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

    The Court withdraws the Order, dated January 9, 2024, closing the above-entitled action as submitted in error (ECF No. 50). It is

    ORDERED, that the above-entitled action be and hereby is reopened, without costs to either party.

Dated:   January 12, 2024
           White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge